1  ELIZABETH L. HUYNH, State Bar No. 250254
   elhuynh@walsworthlaw.com
2  KATHERINE S. SMITH, State Bar No. 315143
   ksmith@walsworthlaw.com
3  WALSWORTH LLP
   19900 MacArthur Blvd., Suite 1150
4  Irvine, California 92612-2445
   Telephone:  (714) 634-2522
5  Facsimile:   (714) 634-0686

6  Attorneys for Defendant CBRE GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSLEY PENNINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CBRE GROUP, INC. and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:24-cv-03175JCS<br><br>**MOTION TO SUBSTITUTE LAW FIRM AND [PROPOSED] ORDER**<br><br>(San Francisco County Superior Court No. CGC-24-614104)<br><br>Magistrate:　Hon. Joseph C. Spero<br>Ctrm:　　　　D – 15th Floor |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD**: Please take notice that on behalf of Defendant CBRE GROUP, INC., the below-listed attorney(s):

　　(1)　move(s) to substitute as counsel of record,

　　(2)　certify they are members in good standing of this Court's bar,

　　(3)　attest to the consent of current counsel to be withdrawn, and

　　(4)　attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

　　Walsworth LLP;

　　Elizabeth L. Huynh (SBN 250254) – Walsworth LLP; and

Katharine S. Smith (SBN 315143) – Walsworth LLP

Name(s) of counsel withdrawing from representation and firm name:

Sanders Roberts LLP;

Gary T. Lafayette (SBN 88666) – Sanders Roberts LLP; and

Ingrid M. Ahuja (SBN 274223) – Sanders Roberts LLP.

Dated: May 1, 2025                     WALSWORTH LLP

By: _____
ELIZABETH L. HUYNH
KATHERINE S. SMITH
Attorneys for Defendant CBRE GROUP, INC.

### [PROPOSED] ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: May  2 , 2025

_____
Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

**Pennington, Jessley v. CBRE Group, Inc. et al.**
**Case No. 3:24-cv-03175-JCS**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 19900 MacArthur Blvd., Suite 1150, Irvine, CA 92612-2445.

On May 1, 2025, I served true copies of the following document(s) described as **MOTION TO SUBSTITUTE LAW FIRM AND [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Kevin Julius Berreth<br>BERRETH LAW GROUP<br>2020 West Kettleman Lane, Suite E<br>Lodi, California 95242<br><br>Email: kevin@berrethlaw.com | *Attorneys for Plaintiff*<br>**JESSLEY PENNINGTON** |
| Gary T. Lafayette<br>Ingrid M. Ahuja<br>SANDERS ROBERTS LLP<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>Tel: (415) 357-4600<br>Fax: (415) 357-4605<br>Email: glafayette@sandersroberts.com<br>        iahuja@sandersroberts.com | *Withdrawing Attorneys for Defendant*<br>**CBRE GROUP, INC.** |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2025, at Temecula, California.

*/s/ Leandra Lyons*
_____
Leandra Lyons